IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 2:19-cr-00140-MRH-1 |
| ) | |
| ROBERT COLEMAN ) | |

## WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_____
SIGNATURE OF DEFENDANT

DATE: 5/21/2019

_____
COUNSEL FOR DEFENDANT

## ORDER OF DETENTION

AND NOW, this 21st day of May, 2019,

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

_____
Cynthia Reed Eddy
Chief United States Magistrate Judge