### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 2:19-cr-00140 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| ROBERT COLEMAN | ) | The Honorable Mark R. Hornak |
| | ) | |
| Defendant. | ) | |

### ORDER OF COURT

AND NOW, to-wit, this 8TH day of July, 2019, upon full consideration of the foregoing Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED AND DECREED that in the interest of justice, said motion is GRANTED.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (July 8, 2019 through September 8, 2019) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant to a speedy trial, 18 U.S.C. §3161 (h)(7)(A). Since, for the reasons stated in defendant's motion, the failure to grant such continuance would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161 (h)(7)(B)(iv).

IT IS FURTHER ORDERED that Pretrial Motions will be continued until September 8, 2019.

Mark R. Hornak
Chief United States District Judge