IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No.: 19-140 |
| ) | |
| ROBERT COLEMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF PRETRIAL MOTIONS**

Filed on behalf of Defendant:
Robert Coleman

Samir Sarna, Esquire
Pa. I.D. #310372

Worgul, Sarna & Ness, LLC
429 Fourth Ave, Suite 1700
Pittsburgh, PA  15219

(781) 726-0647 - office
(412) 402-5000 - fax

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                  )<br>)<br>ROBERT COLEMAN                     )<br>)<br>Defendant.              )<br>)<br>) | Criminal Case No.: 19-140 |

## MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF PRETRIAL MOTIONS

AND NOW, comes Defendant, Robert Coleman, by and through Samir Sarna, Esquire and moves this Court for an Order extending the time for the filing of pretrial motions and avers the following:

1. Pretrial Motions were ordered to be filed by Defendant on or before September 8, 2019 for the above-captioned case.

2. Defense Counsel has only entered an appearance on the case as of September 3, 2019 and needs more time to review discovery.

3. Defendant requests an extension of ninety (90) days for the filing of pretrial motions.

4. Counsel communicated with Assistant United States Attorney Timothy Lanni regarding this request to continue the date to file motions on September 10, 2019 via telephone. AUSA Lanni does not oppose the foregoing request for an extension of time for the filing of pretrial motions.

**WHEREFORE**, it is respectfully requested that this Court grant Defendant's request for an extension to file pretrial motions in this case, and continue the date to file motions for ninety (90) days.

        Respectfully submitted,

        /s/ Samir Sarna_____
        Samir Sarna, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Case No.: 19-140 |
| ROBERT COLEMAN | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Samir Sarna, Esquire, hereby certify that the within Motion for An Extension of Time for The Filing of Pretrial Motions was served via electronic filing on this 10th day of September, 2019:

The Honorable Mark R. Hornak
U.S. Courthouse
700 Grant Street
Pittsburgh, PA  15219

Timothy M. Lanni, A.U.S.A.
U.S. Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA  15219

Respectfully submitted,

/s/ Samir Sarna_____
Samir Sarna, Esquire
Attorney for Defendant