IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )        Criminal Case No.: 19-140
                                   )
ROBERT COLEMAN,                    )
                                   )
            Defendant.             )
                                   )
                                   )

**ORDER OF COURT**

AND NOW, to-wit, this *11th* day of *September*, 2019, upon

consideration of the foregoing Motion For An Extension Of Time For The Filing of Pretrial

Motions, it is hereby ORDERED, ADJUDGED and DECREED that the filing of the

pretrial motions in this case be extended until the *7th* day of

*December*, 2019, and that all speedy trial time limits pursuant to 18

U.S.C. §3161 are continued and tolled for a period of *90* days.

The Court finds that the ends of justice are served by the granting of this extension

and they outweigh the best interests of the public and the defendant in a speedy trial.

BY THE COURT: