# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) |
| vs. | ) No. 2:19-cr-140<br>) |
| ROBERT COLEMAN<br>Defendant | )<br>)<br>) |

## HEARING ON DETENTION

Before Magistrate Judge Patricia L Dodge

Timothy Lanni                                              Samir Sarna
            Appear for Plaintiff                                    Appear for Defendant

Hearing begun 10/10/2019 at 1:15 pm          Hearing adjourned _____

Hearing concluded 10/10/2019 at 1:43 pm     Court Reporter      Sharon Siatkowski

Government proffers the evidence in the indictment and reports filed by Agent Leonard Paccini

Cross examination of the witness by Defense

Defense proffers the testimony of witness: Monk (as to employment)

Defense proffers the testimony of Defendant's daughter:

Defense argument as to the issue of detention

Government argument as to the issue of detention

The court finds, with regards to the issue of detention, that no conditions of release can be imposed.