IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No.: 19-140 |
| | ) |
| ROBERT COLEMAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 3d day of December, 20___, upon consideration of the foregoing Motion For An Extension Of Time For The Filing of Pretrial Motions, it is hereby ORDERED, ADJUDGED and DECREED that the filing of the pretrial motions in this case be extended until the 6TH day of March, 2020, and that all speedy trial time limits pursuant to 18 U.S.C. §3161 are continued and tolled for such period of extension.

The Court finds that the ends of justice are served by the granting of this extension and they outweigh the best interests of the public and the defendant in a speedy trial.

BY THE COURT:

_____, J.