IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Case No.: 19-140 |
| v. | ) |
| ROBERT COLEMAN, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, to-wit, this 25th day of November, 2020, upon consideration of the foregoing **Fifth Motion for Brief Leave from Pretrial Confinement**, it is hereby ORDERED, ADJUDGED and DECREED that the within petition is hereby GRANTED. Defendant, Robert Coleman, is permitted a brief leave from pretrial confinement to spend Thanksgiving with his family at 2819 Breker Street, Pittsburgh, PA 15214.

BY THE COURT:

s/ Mark R. Hornak, J
The Honorable Chief Judge Mark R. Hornak
United States District Court Judge